ACCEPTED
01-15-00716-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 3:14:16 PM
CHRISTOPHER PRINE
CLERK

# LAW OFFICES

OF

# KURT G. CLARKE

**ATTORNEY~ MEDIATOR~ ARBITRATOR**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/23/2015 3:14:16 PM
CHRISTOPHER A. PRINE
Clerk

**KURT G. CLARKE***
**HELEN MALVEAUX**

FREDERICK O. BOADU
COUNSEL TO THE FIRM

December 23, 2015

Christopher A. Prine
Clerk, First Court of Appeals
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Re:     Case No.:      01-15-00716-CV; *Zimac Care Center et al v. Nweze*
        Subject:       Appellants' Brief

Dear Clerk:

Appellants have submitted their brief.   However, it will be necessary to amend and resubmit the brief to restructure same, and make it more comprehendible.   A motion will accompany same within the next five (5) days.

Sincerely,

*Kurt G. Clarke*

Kurt G. Clarke

cc.:  Robin Bluitt

**6200 SAVOY DRIVE, SUITE 458, HOUSTON, TEXAS 77036**
**PHONE (713) 779-5500   FAX (713) 779-6668**

**\*FELLOW – COLLEGE OF THE STATE BAR**